IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 11, | § § | |
| Plaintiff, | § § | Civil Action No. 6:17-CV-00228-RP |
| v. | § § | *Consolidated with* |
| | § | 6:16-CV-173-RP |
| BAYLOR UNIVERSITY, | § § | 6:17-CV-236-RP |
| Defendant. | § § | |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Jane Doe 11 and Defendant Baylor University, through her designated counsel, stipulate that the above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall bear her/its own costs, attorneys' fees, and expenses.

1

**AGREED:**

| | |
|---|---|
| **WEISBART SPRINGER HAYES LLP** | **BRAZIL & DUNN, L.L.P.** |
| By: /s/ Julie A. Springer | By: /s/ Chad Dunn |
| Julie A. Springer<br>State Bar No. 18966770<br>jspringer@wshllp.com<br>Sara E. Janes<br>State Bar No. 24056551<br>sjanes@wshllp.com<br>Geoffrey D. Weisbart<br>State Bar No. 21102645<br>gweisbart@wshllp.com<br>Danielle K. Hatchitt<br>State Bar No. 24079080<br>dhatchitt@wshllp.com<br>212 Lavaca Street, Suite 200<br>Austin, Texas 78701<br>512.652.5780<br>512.682.2074 fax | Chad W. Dunn<br>State Bar No. 24036507<br>chad@brazilanddunn.com<br>K. Scott Brazil<br>State Bar No. 02934050<br>scott@brazilanddunn.com<br>1900 Pearl Street<br>Austin, Texas 78705<br>512.717.9822<br>512.515.9355 fax<br><br>**DUNNAM & DUNNAM, L.L.P.**<br>Jim Dunnam<br>State Bar No. 06258010<br>jimdunnam@dunnamlaw.com<br>Andrea Mehta<br>State Bar No. 24078992<br>andreamehta@dunnamlaw.com<br>Eleeza Johnson<br>State Bar No. 24058690<br>eleezajohnson@dunnamlaw.com<br>4125 West Waco Drive<br>Waco, Texas 76710<br>254.753.6437<br>254.753.7434 fax |
| **THOMPSON & HORTON LLP**<br><br>Lisa A. Brown<br>State Bar No. 03151470<br>lbrown@thompsonhorton.com<br>Phoenix Tower, Suite 2000<br>3200 Southwest Freeway<br>Houston, Texas 77027-7554<br>713.554.6741<br>713.583.7934 fax<br><br>Holly G. McIntush<br>State Bar No. 24065721<br>hmcintush@thompsonhorton.com<br>400 West 15th Street, Suite 1430<br>Austin, Texas 78701<br>512.615.2350<br>512.682.8860 fax<br><br>**ATTORNEYS FOR DEFENDANT BAYLOR UNIVERSITY** | **SOMMERMAN, MCCAFFITY, QUESADA & GEISLER, LLP**<br>George (Tex) Quesada<br>State Bar No. 16427750<br>quesada@textrial.com<br>Laura Benitez Geisler<br>State Bar No. 24001722<br>lgeisler@textrial.com<br>Sean J. McCaffity<br>State Bar No. 24013122<br>smccaffity@textrial.com<br>Jody L. Rodenberg<br>State Bar No. 24073133<br>jrodenberg@textrial.com<br>3811 Turtle Creek Boulevard, Suite 1400 |

2

|  | Dallas, Texas 75219-4461<br>214.720.0270<br>214.720.0184 fax<br><br>**ATTORNEYS FOR PLAINTIFFS** |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon all counsel of record on November 30, 2023, via the ECF/CMF electronic service system.

*/s/ Jim Dunnam*
Jim Dunnam

3